# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Venue

---

### Petition for Summons for Person Under Supervision

---

**Person Under Supervision**
Jovencio Limosnero

**Docket Number**
0971 5:20CR00475-001 BLF

**Name of Sentencing Judge:** The Honorable Laurie Smith Camp
Chief United States District Judge
District of Nebraska

**Date of Original Sentence:** August 29, 2016

**Original Offense**
Count One:  Conspiracy to Distribute Methamphetamine and Aiding and Abetting 21 U.S.C. § 841(a)(1), 841(b)(1)(B), and 846, & 18 U.S.C. § 2, a Class B Felony

**Original Sentence:** 80 months custody followed by four years supervised release.

**Special Conditions:**  Cooperate with the collection of DNA; no alcohol; search; substance abuse testing/treatment; 20 hours of community services when not employed; provide financial information; completed cognitive behavioral based program; and $100 special assessment.

**Prior Form(s) 12:** On December 10, 2020, the Court in the District of Nebraska took judicial notice of positive drug tests submitted on October 22, 2020, and November 5, 2020.

On December 11, 2020, jurisdiction was transferred from the District of Nebraska to the Northern District of California and assigned to Your Honor.

On February 1, 2021, a Report on Person Under Supervision was filed Your Honor to report diluted urinalysis specimen and a positive drug test for amphetamine and methamphetamine taken on December 2020.  Your Honor took Judicial Notice to allow the client to continue to receive substance abuse treatment services.

**Type of Supervision**
Supervised Release
**Assistant U.S. Attorney**
To Be Assigned

**Date Supervision Commenced**
August 21, 2020
**Defense Counsel**
To Be Assigned (AFPD)

---

### Petitioning the Court

RE:   Limosnero, Jovencio                                                          2
        0971 5:20CR00475-001 BLF

The issuance of a summons for the person under supervision to appear in court before the duty Magistrate Judge for identification of counsel and setting of further proceedings on April 30, 2021, at 1:00 p.m.

I, Janie Zhuang, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
| --- | --- |
| One | There is probable cause to believe that the person under supervision violated the mandatory condition which prohibits him from the possession and the unlawful use of controlled substances. |

On March 15, 2021, during an office visit, the client submitted an unobserved urinalysis which resulted in a presumptive positive test for amphetamine, methamphetamine and marijuana.  On March 26, 2021, during an office visit, the client submitted a urinalysis test which resulted in a positive test for amphetamine, methamphetamine and marijuana. On March 31, 2020, the client submitted a urinalysis test which returned presumptive positive for the presence of amphetamine and methamphetamine.  Mr. Limosnero admitted to the use of controlled substances in the aforementioned instances and agreed to address his relapse in out-patient substance abuse treatment services.

Evidence of the alleged violation is contained in the Alere Toxicology reports for specimen number B04400778, and contained in chronological entries in Mr. Limosnero's electronic probation file dated March 15, 2021, March 26, 2021, and March 31, 2021.

| | |
| --- | --- |
| Two | There is probable cause to believe that the person under supervision violated a mandatory condition, which states that the client must not commit another federal, state or local crime. |

On March 18, 2021, Mr. Limosnero was observed driving a vehicle with a non-functioning taillight.  He was stopped by an officer of the Salinas Police Department for vehicle equipment failure in violation of California Vehicle Code 24252(2).  Upon contact with the client, the officer discovered the passenger of the vehicle had multiple felony warrants for her arrest and two syringes containing black liquid in her

RE:   Limosnero, Jovencio                                                                    3
        0971 5:20CR00475-001 BLF

purse. Upon a search of the client, officers found a baggie containing a brown substance which was believed to be heroin. Mr. Limosnero was therefore found in violation of the California Health and Safety Code 11350(a), Possession of Controlled Substance.

Evidence of this violation can be found in the Salinas Police Department Report No. 21-030768.

Three                   There is probable cause to believe that the offender violated Standard condition number nine which in part prohibits him from associating with any person convicted of a felony.

As described in Charge One, the client was found in his vehicle with a female who had multiple felony warrants and who was in possession of syringes containing heroin.

Evidence of this violation can be found in the Salinas Police Department Report No. 21-030768.

Based on the foregoing, there is probable cause to believe that Jovencio Limosnero violated the conditions of his Supervised Release.

Respectfully submitted,                              Reviewed by:

_____              _____
Janie Zhuang                                          Laura Triolo
U.S. Probation Officer Specialist                 U.S. Probation Officer Specialist
Date Signed: April 12, 2021

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

[X]   The issuance of a summons for the person under supervision to appear in court before the duty Magistrate Judge for identification of counsel and setting of further proceedings on April 30, 2021, at 1:00 p.m.

[ ]   Other:

**RE:**   Limosnero, Jovencio                                                                   4
         0971 5:20CR00475-001 BLF

_____April 13, 2021_____          _____
Date                                          Beth Labson Freeman
                                              United States District Judge

**RE:**   Limosnero, Jovencio                                                                                  5
0971 5:20CR00475-001 BLF

APPENDIX

Grade of Violations:  C [USSG §7B1.1(a)(3), p.s.]

Criminal History at time of sentencing:  VI

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | 3 years<br>18 U.S.C. § 3583(e)(3) | 8-14 months<br>USSG §7B1.4(a), p.s. |
| **Supervised Release:** | 5 years less any aggregate terms of custody imposed upon revocation<br>18 U.S.C. § 3583(h) | 5 years less any aggregate terms of custody imposed upon revocation<br>USSG §7B1.3(g)(2), p.s. |
| **Probation:** | Not authorized | Not authorized |