# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Jose Venue

**Amended Petition for Summons for Person Under Supervision**
**(Initial Petition for Summons filed on April 13, 2021)**

| | |
|---|---|
| **Person Under Supervision** | **Docket Number** |
| Jovencio Limosnero | 0971 5:20CR00475-001 BLF |

**Name of Sentencing Judge:**   The Honorable Laurie Smith Camp
Chief United States District Judge
District of Nebraska

**Date of Original Sentence:**   August 29, 2016

**Original Offense**
Count One:  Conspiracy to Distribute Methamphetamine and Aiding and Abetting 21 U.S.C. § 841(a)(1), 841(b)(1)(B), and 846, & 18 U.S.C. § 2, a Class B Felony

**Original Sentence:** 80 months custody followed by four years supervised release.

**Special Conditions:**  Cooperate with the collection of DNA; no alcohol; search; substance abuse testing/treatment; 20 hours of community services when not employed; provide financial information; completed cognitive behavioral based program; and $100 special assessment.

**Prior Form(s) 12:** On December 10, 2020, the Court in the District of Nebraska took judicial notice of positive drug tests submitted on October 22, 2020, and November 5, 2020.

On December 11, 2020, jurisdiction was transferred from the District of Nebraska to the Northern District of California and assigned to Your Honor.

On February 1, 2021, a Report on Person Under Supervision was filed reporting a diluted urinalysis specimen and a positive drug test for amphetamine and methamphetamine taken on December 9 and 17, 2020, respectively.  Your Honor took Judicial Notice to allow the client to continue to receive substance abuse treatment services.

On April 13, 2021, a Petition for Summons was filed with the court to report a positive drug test, the client's admission to the use of controlled substances, a new law violation of possession of controlled substance, and association with a convicted felon.  On April 30, 2021, Mr. Limosnero was arraigned by Magistrate Judge Illman on the above-mentioned violations. The client appeared before Your Honor for status hearings on May 11, 2021, and August 17, 2021.  The matter was continued to allow time for the client to enter residential substance abuse treatment. A further status hearing was scheduled for November 30, 2021.

RE:  Limosnero, Jovencio                                                                                     2
     0971 5:20CR00475-001 BLF

**Type of Supervision**                          **Date Supervision Commenced**
Supervised Release                               August 21, 2020
**Assistant U.S. Attorney**                      **Defense Counsel**
Michael Pitman                                   Severa Keith One(AFPD)

---

### Petitioning the Court

**Petitioning the Court to incorporate Charge Number Four (in bold font) and to order the client to appear for arraignment before Magistrate Judge Westmore on November 29, 2021, at 1:00 p.m.**

I, Janie Zhuang, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the person under supervision violated the mandatory condition which prohibits him from the possession and the unlawful use of controlled substances. |

        On March 15, 2021, during an office visit, the client submitted an unobserved urinalysis which resulted in a presumptive positive test for amphetamine, methamphetamine and marijuana. On March 26, 2021, during an office visit, the client submitted a urinalysis test which resulted in a positive test for amphetamine, methamphetamine and marijuana. On March 31, 2020, the client submitted a urinalysis test which returned presumptive positive for the presence of amphetamine and methamphetamine. Mr. Limosnero admitted to the use of controlled substances in the aforementioned instances and agreed to address his relapse in out-patient substance abuse treatment services.

        Evidence of the alleged violation is contained in the Alere Toxicology reports for specimen number B04400778, and contained in chronological entries in Mr. Limosnero's electronic probation file dated March 15, 2021, March 26, 2021, and March 31, 2021.

**RE:**   Limosnero, Jovencio 3
0971 5:20CR00475-001 BLF

| | |
|---|---|
| Two | There is probable cause to believe that the person under supervision violated a mandatory condition, which states that the client must not commit another federal, state or local crime. |

On March 18, 2021, Mr. Limosnero was observed driving a vehicle with a non-functioning taillight.  He was stopped by an officer of the Salinas Police Department for vehicle equipment failure in violation of California Vehicle Code 24252(2).  Upon contact with the client, the officer discovered the passenger of the vehicle had multiple felony warrants for her arrest and two syringes containing black liquid in her purse. Upon a search of the client, officers found a baggie containing a brown substance which was believed to be heroin. Mr. Limosnero was therefore found in violation of the California Health and Safety Code 11350(a), Possession of Controlled Substance.

Evidence of this violation can be found in the Salinas Police Department Report No. 21-030768.

| | |
|---|---|
| Three | There is probable cause to believe that the offender violated Standard condition number nine which in part prohibits him from associating with any person convicted of a felony. |

As described in Charge One, the client was found in his vehicle with a female who had multiple felony warrants and who was in possession of syringes containing heroin.

Evidence of this violation can be found in the Salinas Police Department Report No. 21-030768.

| | |
|---|---|
| **Four** | **There is probable cause to believe that the person under supervision violated the mandatory condition, which states that the client must not commit another federal, state or local crime.** |

**On or about September 29, 2021, at approximately 4:05 p.m. in Salinas, California, Mr. Limosnero Endangered a Child, Exhibited a Deadly Weapon (not a firearm) and Threatened a Violent Assault, in violation of California Penal Code Sections 273a, 417(a)(1), and 422, all misdemeanors.**

**According to Salinas Police Department report number 21-091233, on or about September 29, 2021, while driving eastbound on E. Alisal Street in Salinas, the alleged victim reportedly almost "cut off" Limosnero's vehicle.  The alleged victim pulled into the parking lot on E. Alisal Street and the client pulled in behind the victim.**

RE:  Limosnero, Jovencio  4
0971 5:20CR00475-001 BLF

**Limosnero reportedly exited his vehicle with a knife in his right hand, making lunging motions, and poking the window with the knife. The victims did not understand English and did not know what Limosnero was saying. However, their child seated in the back passenger seat understood English and said Limosnero was threatening to kill the father, who was the driver. At one point Limosnero was observed opening the passenger side door of the victim's vehicle, yelling profanity and brandishing a 6-8 inch knife. The victims feared for their safety and started to call 911, made a video recording on their cell phone and followed Limosnero to obtain his vehicle license plate number.**

**The responding officer later made contact with Limosnero at his home and conducted an interview. Limosnero told the officer he was cut off by the victim on the road. Limosnero admitted to having a knife in his hand when he pulled over and making contact with the alleged victim. He denied threatening the victims or lunging/swinging the knife in his hand but acknowledged that he opened the victim's passenger side door to inquire about the reason that he was being recorded.**

**Evidence of this violation can be found in the Salinas Police Department Report No. 21-091233**.

Based on the foregoing, there is probable cause to believe that Jovencio Limosnero violated the conditions of his Supervised Release.

Respectfully submitted,                                Reviewed by:

_____        _____
Janie Zhuang                                               Jennifer J. James
U.S. Probation Officer Specialist                Supervisory U.S. Probation Officer
Date Signed: November 23, 2021

**RE:**   Limosnero, Jovencio                                                                                                              5
         0971 5:20CR00475-001 BLF

---

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☒   **Petitioning the Court to incorporate Charge Number Four (in bold font) and to order the client to appear for arraignment before Magistrate Judge Westmore on November 29, 2021, at 1:00 p.m.**


☐   Other:



|  |  |
|---|---|
| November 23, 2021 | /s/ Beth Labson Freeman |
| Date | Beth Labson Freeman |
|  | United States District Judge |

**RE:** Limosnero, Jovencio 6
0971 5:20CR00475-001 BLF

APPENDIX

Grade of Violations: C [USSG §7B1.1(a)(3), p.s.]

Criminal History at time of sentencing: VI

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | 3 years<br>18 U.S.C. § 3583(e)(3) | 8-14 months<br>USSG §7B1.4(a), p.s. |
| **Supervised Release:** | 5 years less any terms of custody imposed upon revocation<br>18 U.S.C. § 3583(h) | 5 years less any terms of custody imposed upon revocation<br>USSG §7B1.3(g)(2), p.s. |
| **Probation:** | Not authorized | Not authorized |