UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** April 1, 2025   **Time:** 9:31 – 9:48   **Judge:** BETH LABSON FREEMAN

**Total Time:** 17 Minutes

**Case No.:** 5:20-cr-00475-BLF-1   **Case Name:** UNITED STATES v. Limosnero

**Attorney for Plaintiff:** George Hageman
**Attorney for Defendant:** Sophia Whiting Appearing for Jovencio Reducto Limosnero - P/C
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [X] In Custody   [ ] Not in Custody

**Deputy Clerk:** Tiffany Salinas-Harwell   **Reported by:** Summer Fisher
**Interpreter:** N/A   **Probation Officer:** Nelson Barao

## PROCEEDINGS

**ADMISSION and SENTENCING**

Admission and Sentencing hearing held.

The Defendant ADMITS to CHARGES 1, 2, and 3 of the Form 12 filed on 9/20/2024.

The Court REVOKES Supervised Release and Sentences the Defendant to a term of TIME SERVED as to Charges 1, 2, and 3 of the Form 12 filed on 9/20/2024.

No Further Supervised Release Ordered.

///

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

**Courtroom Deputy**
**Original E-Filed**